IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSIE HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:16-cv-636-TFM [wo] |
| ACCC INSURANCE COMPANY, *et al.*, | ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of this Court, it is the **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Defendants and against Plaintiff, and that this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 28th day of September, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE